WATERTOWN PAPER CO. et al. v. PLACE. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by the Watertown Paper Company and another against Josiah W. Place, impleaded. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 673.

WEBER, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Alson W. Weber, as superintendent of poor of Otsego county, N. Y., against George B. Smith, as superintendent of poor of Delaware county, N. Y. No opinion. Judgment affirmed, with costs.

WENDEL v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by John G. Wendel against the mayor, aldermen, and commonalty of the city of New York. After the direction of a verdict for defendant, plaintiff's motion for a new trial was ordered to be heard in the first instance in the appellate division. Motion denied. P. A. Hargous, for the motion. George L. Sterling, opposed.

INGRAHAM, J. This action was argued with the case of Wallace v. City of New York (decided herewith) 65 N. Y. Supp. 855, and presents the same question that was there determined. For the reasons stated in the opinion in that case, the exceptions are overruled, and motion for a new trial denied, with costs.

VAN BRUNT, P. J., and McLAUGHLIN and HATCH, JJ., concur. O'BRIEN, J., not voting.

WESTON, Appellant, v. TOWNSHEND, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Fannie M. Weston, as administratrix, against John Townshend. H. V. N. Philip, for appellant. J. Fromme, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WESTON v. TOWNSHEND. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Fannie M. Weston, as administratrix, against John Townshend. No opinion. Motion denied.

In re WHITE. (Supreme Court, Appellate Division. Second Department. May 29, 1900.) In the matter of the compulsory judicial settlement of the account of Josiah J. White as former administrator of the goods, chattels, and credits which were of Eliza T. White, deceased.

PER CURIAM. The appeal herein must be dismissed, on the ground that the printed appeal papers do not contain all the papers recited in the order of surrogate, unless the appellant elects to accept and use as part of the record the printed copies of those papers referred to in the respondent's notice of motion. See 64 N. Y. Supp. 1150, 1151.

WHITMAN, Appellant, v. HOLMES PUB. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by H. Randolph Whitman against the Holmes Publishing Company and others. C. Strauss, for appellant. C. A. Broden, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WIGHTMAN, Appellant, v. PHELPS et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Emma J. Wightman against William Phelps and Isabel Phelps. No opinion. Judgment affirmed, with costs. See 58 N. Y. Supp. 1151; 63 N. Y. Supp. 1118.

WILGUS v. WILKINSON. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Daniel V. Wilgus against George Wilkinson. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified to that court filed with the clerk. See 63 N. Y. Supp. 517.

WILLIAMS, Appellant, v. CITY OF WATERTOWN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 22, 1900.) Action by Florence E. Williams against the city of Watertown and the chief of police of said city. No opinion. Order reversed, without costs.

WILSON, Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by M. J. Wilson against Emmett A. Foster and another. No opinion. Judgment affirmed, with costs.

WINSLOW, Respondent, v. GALLAGHER, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by Charles H. Winslow against Charles F. Gallagher. No opinion. Appeal dismissed, with costs.

WOODRUFF, Respondent, v. WOODRUFF, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Isabel G. Woodruff against Amos Woodruff, individually, etc. H. B. Hathaway, for appellant. J. M. Wainwright, for respondent. No opinion. Reargument ordered.

WORMSER, Respondent, v. HERRMANN, et al., Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Maurice Wormser against Frederick W. Herrmann and others. W. F. Severance, for